IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mercado, Frank | Case Number: 08 B 11960 |
|---|---|---|
| | Mercado, Faye | Judge: Squires, John H |
| | Printed: 9/9/08 | Filed: 5/10/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 30, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 2. | Santander Consumer USA | Secured | 11,363.76 | 0.00 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 23,000.00 | 0.00 |
| 4. | Santander Consumer USA | Unsecured | 43.98 | 0.00 |
| 5. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 6. | ACC Consumer Finance | Unsecured | 993.97 | 0.00 |
| 7. | American General Finance | Unsecured | 298.94 | 0.00 |
| 8. | Center One Financial | Secured | | No Claim Filed |
| 9. | First Revenue Assurance | Unsecured | | No Claim Filed |
| 10. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 11. | Data Search | Unsecured | | No Claim Filed |
| 12. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 13. | Northwest Collectors | Unsecured | | No Claim Filed |
| 14. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 15. | Nicor Gas | Unsecured | | No Claim Filed |
| 16. | Allied Interstate | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 35,725.65 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Mercado, Frank<br>Mercado, Faye<br>Printed:  9/9/08 | Case Number:  08 B 11960<br>Judge:  Squires, John H<br>Filed:  5/10/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

